UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOLANDE BOATWRIGHT,

      Plaintiff,                         Case No. 11-14427

v.

                                       Hon. John Corbett O'Meara

COMMISSIONER OF           Hon. Michael Hluchaniuk
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Michael Hluchaniuk's February 20, 2013 report and recommendation.  Plaintiff filed objections to the report and recommendation on February 22, 2013.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).  The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Hluchaniuk reached the correct conclusions.  Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                     s/John Corbett O'Meara
                                     United States District Judge

Date:  March 14, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 14, 2013, using the ECF system.


s/William Barkholz
Case Manager